UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-19-1

UNITED STATES OF AMERICA

v.

LAWRENCE McEWEN

No. 3:19CR 247 (VLB)

VIOLATIONS:

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
(Unlawful Possession of a Firearm by a
Convicted Felon)

18 U.S.C. §§ 922(j) and 924(a)(2)
(Possession of a Stolen Firearm)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
(Criminal Forfeiture – Firearms Offenses)

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Unlawful Possession of a Firearm by a Convicted Felon)

1.   On or about September 17, 2019, in the District of Connecticut, the defendant LAWRENCE McEWEN, having been, and knowing that he had been, convicted in the Superior Court of the State of Connecticut of crimes punishable by a term of imprisonment exceeding one year, that are, Burglary in the Third Degree, in violation of Connecticut General Statutes § 53a-103; Larceny in the Third Degree, in violation of Connecticut General Statutes § 53a-124; Larceny in the Second Degree, in violation of Connecticut General Statutes § 53a-123; Burglary in the Second Degree, in violation of Connecticut General Statutes § 53a-102; and Robbery in the First Degree, in violation of Connecticut General Statutes § 53a-134, all on or about July 19, 2001, did knowingly possess a firearm in and affecting commerce, namely, one Smith and Wesson, Model

1

SW40VE, .40 caliber pistol, bearing serial number PBT5674, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code §§ 922(g)(1) and 924(a)(2).

## COUNT TWO
(Possession of a Stolen Firearm)

2. On or about September 17, 2019, in the District of Connecticut, the defendant LAWRENCE McEWEN knowingly possessed, stored and disposed of a stolen firearm, namely, a Smith and Wesson, Model SW40VE, .40 caliber pistol, bearing serial number PBT5674, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## FORFEITURE ALLEGATION
(Firearms Offense)

3. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, the defendant LAWRENCE McEWEN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), the firearm involved in the offense, including but not limited to: a Smith and Wesson, Model SW40VE, .40 caliber pistol, bearing serial number PBT5674.

All in accordance with Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY